NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PT. KENERTEC POWER SYSTEM,**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

**WIND TOWER TRADE COALITION,**
*Defendant-Appellant*

---

2022-1408

---

Appeal from the United States Court of International Trade in No. 1:20-cv-03687-JAR, Senior Judge Jane A. Restani.

---

**JUDGMENT**

---

DANIEL WILSON, Arnold & Porter Kaye Scholer LLP, Washington, DC, argued for plaintiff-appellee. Also represented by HENRY DAVID ALMOND, CHRISTINE CHOI, KANG WOO LEE, J. DAVID PARK.

ELIZABETH ANNE SPECK, Commercial Litigation Branch, Civil Division, United States Department of

Justice, Washington, DC, argued for defendant-appellee. Also represented by BRIAN M. BOYNTON, PATRICIA M. MCCARTHY; SHELBY ANDERSON, Office of the Chief Counsel for Trade Enforcement & Compliance, United States Department of Commerce, Washington, DC.

ROBERT E. DEFRANCESCO, III, Wiley Rein, LLP, Washington, DC, argued for defendant-appellant. Also represented by THEODORE PAUL BRACKEMYRE, TESSA V. CAPELOTO, PAUL J. COYLE, LAURA EL-SABAAWI, NICOLE HAGER, DERICK HOLT, ELIZABETH S. LEE, ALAN H. PRICE, JOHN ALLEN RIGGINS, MAUREEN E. THORSON.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 18, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court